## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    DAVID SWARTZ and <br> (2)    LINDSEY SWARTZ, <br><br>              Plaintiffs, <br> v. <br><br> USAA CIC CASUALTY INSURANCE <br> COMPANY a/k/a the UNITED STATES <br> AUTOMOBILE ASSOCIATION, <br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-905-R<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their counsel of record, hereby stipulate to the dismissal of all claims against Defendant USAA CIC Casualty Insurance Co. with prejudice to the filing of future actions, with Plaintiffs and USAA CIC to each bear their or its own costs and attorneys' fees, pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii).

DATED this 14th day of October, 2016.

Respectfully submitted,

s/ Rick Bisher
Rick Bisher, OBA #12215
Ryan Bisher Ryan & Simons
4323 NW 63rd Street, Suite 110
Oklahoma City, OK  73116
(405) 528-4567 (P)
(405) 525-2123 (F)
*Attorneys for Plaintiffs*

             s/ Jason McVicker
             Jodi W. Dishman, OBA #20677
             Jason McVicker, OBA #31150
             McAfee & Taft A Professional Corporation
             211 North Robinson, 10th Floor
             Oklahoma City, OK  73102
             (405) 235-9621 (P)
             (405) 235-0439 (F)
             *Attorneys for Defendant USAA CIC*
             *Casualty Insurance Company*

## **CERTIFICATE OF SERVICE**

   I certify that on this 14th day of October 2016, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following registrants:

Jodi W. Dishman
Jason McVickers
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK  73102
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

             s/ Rick W. Bisher